

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                      CHAPTER 13 CASE NO.:

CHRISTOPHER SEAN STAGGS and
HEATHER M. STAGGS                                      19-13308-JDW

### ORDER SUSTAINING
### OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN (DKT. #29)

THIS MATTER came before the Court on the Objection to Confirmation of First Amended Plan (Dkt. #23) (Dkt. #29) (the "Objection") file by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Debtor's counsel was present at the hearing; however, the Debtor failed to appear in defense of the Objection. The Court, ~~being fully advised in the premises~~ does hereby order as follows    (JDW)

IT IS ORDERED that the Objection shall be and is hereby sustained and confirmation of the Debtor's First Amended Chapter 13 Plan (Dkt. #23) shall be and is hereby denied.

IT IS FURTHER ORDERED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com